UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NEDRA SADORF,

      Plaintiff,

v.                                            Case No. 3:19-CV-00196

DEMCO, INC., a wholly owned subsidiary of
WALL FAMILY ENTERPRISE, INC.
and WALL FAMILY ENTERPRISE, INC.,

      Defendants.

---

## STIPULATION FOR DISMISSAL

---

WHEREAS the parties in the above-captioned matter have reached a confidential and comprehensive settlement agreement resolving the matter in its entirety, they, by their respective counsel, hereby stipulate to the dismissal of the above-captioned matter on its merits, with prejudice, and without costs to either side.

Dated: April 28, 2020.

| SALAWDEH LAW OFFICE, LLC | QUARLES & BRADY LLP |
|---|---|
| */s/Rebecca L. Salawdeh* <br> Rebecca L. Salawdeh <br> rebecca@salawdeh.com <br> 7119 W. North Avenue <br> Wauwatosa, Wisconsin 53213 <br> 414.455.0117 <br><br> Lawrence S. Pope <br> lawrences2005@yahoo.com <br> 2401 W. Cedar Lane <br> River Hills, WI 53217 <br> 312.752.0725 <br><br> *Attorneys for Plaintiff* | */s/ Christopher L. Nickels* <br> Christopher L. Nickels, State Bar No. 1083481 <br> christopher.nickels@quarles.com <br> Tyler J. Roth, State Bar No. 1104801 <br> tyler.roth@quarles.com <br> 411 East Wisconsin Avenue, Suite 2350 <br> Milwaukee, WI 53202-4426 <br> 414.277.5000 <br><br> *Attorneys for Defendants DEMCO, Inc. and Wall Family Enterprise, Inc.* |